NATIONAL BANK OF THE REPUBLIC OF NEW YORK, Appellant, *v.* MARTHA L. COX, Respondent, Impleaded with Others.

*National Bank of the Republic* v. *Cox,* 47 App. Div. 53, appeal withdrawn. (Argued January 7, 1901; decided January 15, 1901.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, made January 19, 1900, reversing a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term, and granting a new trial.

The motion was made upon the ground that the order of reversal was based upon questions of law and of fact, and that in view of the difficulty of securing a review of the case by reason of that fact, the interests of the appellant require the withdrawal of the appeal.

*George S. Hastings* for motion.

*E. F. Harding* opposed.

Motion granted on payment by moving party of costs that have accrued in this court, and ten dollars costs of opposing motion.